FILED IN OPEN COURT

JUL 14 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:25-cr-94 |
| OSCAR MISAEL VENTURA VENTURA, | |
| *Defendant.* | |

## STATEMENT OF FACTS

The United States and the defendant, OSCAR MISAEL VENTURA VENTURA, agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. The defendant is a native and citizen of El Salvador. In and around October 2016, the defendant knowingly and unlawfully entered the United States from Mexico near McAllen, Texas. The defendant does not have and has never had a valid claim to either United States citizenship or to any lawful status in the United States.

2. On or about February 10, 2022, the defendant was aware that he was illegally present and had no legal status in the United States. On that same date, he possessed a Glock 43 9mm pistol bearing serial number BCUC828 (hereinafter, the "pistol") while he was present in a public area of an apartment complex in Fairfax County, Virginia, within the Eastern District of Virginia.

3. The pistol was manufactured in Austria and imported into the United States through Georgia. Thus, the pistol was shipped and transported in interstate and foreign commerce.

4. This statement of facts includes those facts necessary to support the defendant's plea of guilty. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

5. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Erik S. Siebert
United States Attorney

By: _____

Date

7-14-25

Marc J. Birnbaum
Assistant United States Attorney
Coulter Goodman
Special Assistant United States Attorney

Defendant's Stipulation and Signature: After consulting with my attorney, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proven the same beyond a reasonable doubt.

_____
Oscar Misael Ventura Ventura
Defendant

Defense Counsel's Signature: I am Marc Eisenstein, the attorney for the defendant, Oscar Misael Ventura Ventura. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is informed and voluntary.

_____
Marc Eisenstein, Esq.
Counsel for the Defendant